1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AUTUMN R. PORTER (CASBN 240750)
   Special Assistant United States Attorney
5
         Defense Language Institute – Criminal Law
6        1336 Plummer Street, Building 275
         Monterey, CA  93944
7        Telephone: (831) 242-6394
         Email: autumn.veatch@us.army.mil
8
   Attorneys for Plaintiff
9

**FILED**

MAR 2 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SALINAS DIVISION

13  UNITED STATES OF AMERICA,        )  CR-11-00633-HRL
                                     )
14           Plaintiff,               )  MOTION TO DISMISS
                                     )
15       vs.                          )
                                     )
16  JORGE NOLASCO HERNANDEZ,         )
                                     )
17           Defendant.               )
                                     )
18  _____)

19    1. The United States moves that Count One of the Information filed on September 2, 2011, against

20  the above named defendant, be dismissed.

21    2. The United States makes this motion in the interests of Justice.

22

23                                    MELINDA HAAG
                                      United States Attorney
24

25
                                          /S/
26                                    _____
                                      AUTUMN R. PORTER
                                      Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER              1
TO DISMISS CASE NO. CR-11-00633-HRL

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __3/20/__ 2012

_____
HOWARD R. LLOYD
United States Magistrate Judge